In the Matter of the Application for Appointment of a Committee of the Person and Property of LEO H. BAEKELAND, an Alleged Incompetent Person. NINA B. WYMAN, Appellant; CELINE BAEKELAND et al., Respondents.—

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

MORRIS R. JACOBSON, Respondent, v. HILDUR JACOBSON, Appellant, et al., Defendants.—

No opinion. Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.

MARY T. KELLEY, Respondent, v. LEVITT & SONS, INCORPORATED, et al., Defendants, and MACJOSEPH CORPORATION et al., Defendants-Appellants.—

No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.